

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-370-CV

IN RE JAMES EDWARD BELLS                                              RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied.[2]  Accordingly, relator's petition for writ of mandamus is denied.

---

[1] *See* Tex. R. App. P. 47.4.

[2] The Tarrant County District Clerk's office has advised this court that it does not have any record of a pending petition having been filed by Relator. However, even if the district clerk's office had received Relator's pleading and refused to file it, this court would not have jurisdiction to issue a writ of mandamus against it.  *See* Tex. Gov't Code Ann. § 22.221(b) (Vernon 2004). If, however, a district clerk's office has refused to accept a pleading tendered for filing, the tendering party should attempt to file the pleading directly with the district judge, explaining in a verified motion that the clerk refused to accept the pleading for filing.  *See In re Bernard*, 993 S.W.2d 453, 454 (Tex. App.—Houston [1st Dist.] 1999, original proceeding)(O'Connor, J., concurring).

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and MCCOY, JJ.

DELIVERED:  October 7, 2008